BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00525-EFB |
| | ) | |
| Plaintiff, | ) | Order Continuing Jury Trial |
| | ) | and Excluding Time Under Local |
| v. | ) | Code T4 |
| | ) | |
| GERRY ALIRE, | ) | DATE: January 30, 2012 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Edmund F. Brennan |
| _____ | ) | |

It is hereby Ordered that the Trial Confirmation Hearing set for January 30, 2012 is CONTINUED until March 26, 2012 at 10:00 a.m. and the Jury Trial set for February 14, 2012 is CONTINUED until April 10, 2012 at 10:00 a.m.  Time is excluded from today's date through March 26, 2012 under Local Code T4, as the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: January 27, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE