```
BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00525-EFB |
| Plaintiff, | Order Continuing Judgment and Sentencing |
| v. | |
| GERRY ALIRE, | DATE: June 25, 2012 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Edmund F. Brennan |

It is hereby ordered that the Judgement and Sentencing set for June 25, 2012 is VACATED. It is further ordered that a Judgement and Sentencing is set for August 27, 2012 at 10 a.m.

IT IS SO ORDERED.

Dated: June 21, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE